THE PEOPLE *ex rel.* SHIRLEY ABRAHAM, Plaintiff-Appellee, *v.* CALVIN BOLEN, Defendant-Appellant.

(No. 71-169;

Second District—June 28, 1972.

Opinion by Mr. JUSTICE ABRAHAMSON.

Donald J. Miller, of Forreston, for appellant.

Dennis P. Drda, Assistant State's Attorney, of Freeport, for the People.